Brandon A. Keim (028831)
bkeim@frgalaw.com
**Frazer Ryan Goldberg & Arnold LLP**
1850 North Central Avenue, Suite 1800
Phoenix, AZ 85004
(602) 200-7399

*Attorneys for Defendant Michael L. Quiel*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:21-cv-00094-GMS |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** |
| Michael L. Quiel, | |
| Defendant. | |

Defendant, by and through undersigned counsel, hereby gives notice that on the 16th day of July 2021, he served his Initial Disclosures on the United States via USPS Priority Mail and email.

RESPECTFULLY SUBMITTED this 19th day of July, 2021.

*/s/ Brandon A. Keim*
Brandon A. Keim (028831)
**FRAZER RYAN GOLDBERG & ARNOLD LLP**
1850 N. Central Ave, Suite 1800
Phoenix, AZ 85004
Phone: 602-200-7399; Fax: 602-200-7339
E-mail: bkeim@frgalaw.com

*Attorneys for Defendant Michael L. Quiel*

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing is made this 19th day of July, 2021, via the Court's ECF system to all counsel of record.

/s/ Brandon A. Keim
BRANDON A. KEIM

*Attorneys for Defendant Michael L. Quiel*