DAVID A. HUBBERT
Deputy Assistant Attorney General

CHARLES J. BUTLER
MATTHEW P. UHALDE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
Telephone:   202-514-6062
Facsimile:    202-307-0054
Email:           Charles.J.Butler@usdoj.gov

GARY M. RESTAINO
United States Attorney
*Of Counsel*

*Counsel for United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:21-cv-00094-PHX-GMS |
| Plaintiff, | |
| v. | **JOINT REPORT ON SETTLEMENT TALKS** |
| Michael L. Quiel, | |
| Defendant. | |

Plaintiff United States of America and Defendant Michael Quiel submit this joint report on settlement talks pursuant to the Court's Case Management Order of July 24, 2021 (Doc. 14, ¶ 9).

On April 5, 2022, the parties held good-faith settlement talks.  While the parties did not reach agreement on any issue, they determined to return to settlement discussions following resolution of any dispositive motions.

The parties do not believe that, at this time, they need the Court's assistance in seeking settlement.

Respectfully submitted April 18, 2022.

>DAVID A. HUBBERT
>Deputy Assistant Attorney General
>
>*/s/ Charles J. Butler*
>CHARLES J. BUTLER
>MATTHEW P. UHALDE
>Trial Attorneys, Tax Division
>U.S. Department of Justice
>
>Of Counsel:
>GARY M. RESTAINO
>United States Attorney
>
>*Counsel for the United States of America*
>
>
>*/s/ Brandon A. Keim*
>BRANDON A. KEIM
>FRAZER RYAN GOLDBERG & ARNOLD LLP
>1850 N. Central Avenue, Suite 1800
>Phoenix, Arizona 85004
>
>*Counsel for Defendant Michael L. Quiel*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2022, I filed the foregoing via the Court's CM/ECF system, which will provide notice to all parties that have appeared in this action.

                                          */s/ Charles J. Butler*
                                          CHARLES J. BUTLER
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice