```
___ FILED        ___ LODGED
___ RECEIVED     ___ COPY

        JAN 1 2 2024

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

United States of America,

        Plaintiff,

v.

Michael L. Quiel,

        Defendant.

No. CV-21-00094-PHX-GMS

**VERDICT**

We the Jury, being duly empaneled and sworn in the above-entitled action, find the following Verdict on the questions submitted to us:

1.   **Financial Interest In, Or Signature Authority Or Other Authority Over, A Foreign Financial Account**

With respect to the Swiss accounts, did Mr. Quiel have a financial interest in, or signature authority or other authority over, a foreign financial account during 2007 and 2008?

(Note: the definition for "financial interest" appears in Jury Instruction No. 20.4.)

(Note: the definition of "signature authority" and "other authority" appears in Jury Instruction No. 20.5.)

| Account | Year(s) | Yes | No |
|---|---|---|---|
| UBS account # -1090 | 2007 | | ✓ |
| UBS account # -2363 | 2007 | | ✓ |
| UBS account # -9732 | 2007 | | ✓ |
| Pictet account # -2625 | 2007 | | ✓ |
| UBS account # -1090 | 2008 | | ✓ |
| UBS account # -2363 | 2008 | | ✓ |
| Pictet account # -2625 | 2008 | | ✓ |

*If you answered "Yes" to any of the above questions, please proceed to Part 2.*

*If you answered "No" to all of the above questions, please proceed to Part 3.*

2.    **Willfulness**

If you find that Mr. Quiel had a financial interest in, or signature authority or other authority over, a foreign financial account during 2007 and/or 2008, was there or was there not a willful failure to report such foreign financial account during 2007 and/or 2008? (Note: the definition for "willfulness" appears in Jury Instruction No. 20.7)

(Note: Only complete this section for the accounts you marked "Yes" in Part 1)

| Account | Year(s) | Yes, Willful | No, Not Willful |
|---|---|---|---|
| UBS account # -1090 | 2007 | | |
| UBS account # -2363 | 2007 | | |
| UBS account # -9732 | 2007 | | |
| Pictet account # -2625 | 2007 | | |
| UBS account # -1090 | 2008 | | |
| UBS account # -2363 | 2008 | | |
| Pictet account # -2625 | 2008 | | |

*Please proceed to Part 3.*

**3.**     <u>**Signature**</u>

Your deliberations are complete. Please have the foreperson sign the form and notify the bailiff that you have reached a verdict. Your verdict will then be returned to the Court.

Date: _Jan 12, 2024_            Foreperson: _____